Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT, individually and on behalf of all others similarly situated, Plaintiff, <br><br> vs. <br><br> SPARTAN CAPITAL GROUP, LLC; FRANCISCO MERCADO; FRANCESCO DI LAURA; and DOES 1 through 10, inclusive, and each of them, Defendant. | Case No. <br><br> 2:18-cv-08985-MWF-PLA <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE.** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this action without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

Respectfully submitted this 15th Day of March, 2019.

By: s/Todd M. Friedman Esq.
Todd M. Friedman
Attorney For Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

Filed electronically on March 15, 2019 with:

United States District Court CM/ECF system

Notification sent electronically on March 15, 2019, to:

To the Honorable Court, all parties and their Counsel of Record


<u>s/ Todd M. Friedman</u>
   Todd M. Friedman